UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, |
| v. |
| MARIAN DUBAR, |
| Defendant. |

Case No. 7:11-cv-00222-H

## ENTRY OF DEFAULT

It appears from the record that Defendant failed to plead or otherwise defend in this case as required by law. Therefore, default is entered against the Defendant as authorized by Rule 55(a) of the Federal Rules of Civil Procedure.

This 29th day of November, 2011.

DENNIS P. IAVARONE, CLERK
*Clerk of Court*

By: [signature]
*Clerk*